THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. SCHROEDER,<br><br>Defendant. | CASE NO. CR11-0086-JCC<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

This matter comes before the Court on the United States' unopposed motion to dismiss the Indictment against Defendant Andrea Schroeder pursuant to Federal Rule of Criminal Procedure 48(a). (Dkt. No. 36.) In November 2011, the Government and Ms. Schroeder entered into a Pretrial Diversion agreement, pursuant to which the United States agreed to dismiss the Indictment with prejudice if Ms. Schroeder maintained good conduct for two years from the date of the agreement. (Dkt. No. 32.) According to the Government, Ms. Schroeder has now satisfied all conditions of the agreement and maintained the required good conduct. (Dkt. No. 36.)

The Court congratulates Ms. Schroeder on her success and GRANTS the United States' motion. (Dkt. No. 36.) The Government is granted leave for dismissal in the interest of justice pursuant to Federal Rule of Criminal Procedure 48(a) and the indictment in the above-captioned matter is DISMISSED with prejudice. The Clerk is respectfully directed to serve a copy of this Order upon the United States Marshals Service upon filing.

1    DATED this 5th day of November 2013.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT WITH
PREJUDICE
PAGE - 2